**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STANISLAW KULIS, on behalf of himself and all other similarly situated plaintiffs, known and unknown,<br><br>Plaintiff,<br><br>v.<br><br>DESIGN FIRST BUILDERS, LLC.<br><br>Defendants | ) No. 1:24-cv-00953<br>)<br>)<br>)<br>) **Hon. Judge John Robert Blakey**<br>)<br>) Hon. Magistrate Judge Jeffery Cole<br>)<br>)<br>)<br>) ***JURY DEMAND***<br>) |

**STIPULATION OF DISMISSAL "WITH PREJUDICE" PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

The Plaintiff stipulates to the dismissal of claims against Defendant with prejudice pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), with the Parties having paid all costs and fees arising from this lawsuit.

Dated: December 16, 2024

Respectfully submitted,

/s/ John W. Billhorn
John William Billhorn

Billhorn Law Firm
53 West Jackson Blvd., Suite 1137
Chicago, IL 60604
(312) 853-1450

/s/ Howard A Davis (*w/permission)*
Attorney for Defendant

Law Offices Of Howard A. Davis, P.C.
120 N. LaSalle St., Ste. 1200
Chicago, IL 60602
(312) 623-0118

## <u>CERTIFICATE OF SERVICE</u>

TO:    Howard A. Davis – Attorney (hdavis@davislaw1.com)
           Law Office Of Howard A. Davis. PC
           120 N. LaSalle, Suite 1200
           Chicago, IL 60602

        The undersigned hereby attests under oath that on December 16, 2024, he caused to be served upon the attorneys of record herein, the aforementioned documents, by electronic filing (ECF) to the individual(s) of record above, or as otherwise directed.

*Electronically Served 12/16/2024*
/s/ John W. Billhorn

_____

John W. Billhorn

BILLHORN LAW FIRM
53 West Jackson Blvd., Suite 1137
Chicago, IL 60604
(312) 853-1450

2